# Court of Appeals
# of the State of Georgia

ATLANTA,____May 06, 2015_____

*The Court of Appeals hereby passes the following order:*

## A15A0455.  THE STATE v. BILLINGSLEY et al.

The captioned case is an appeal by the State pursuant to OCGA § 5-7-1 (a) (4) from the trial court's order granting a motion to suppress filed by co-defendants Daeshown E. Billingsley, Nicolas J. Rivers, and Michael K. Scott.  After being indicted on three counts of first degree burglary, the co-defendants moved to suppress evidence found by police as a result of an investigative stop of the automobile they occupied.  The sole issue in the State's appeal is whether the trial court erred by granting the motion to suppress on the basis that police lacked reasonable suspicion necessary under the Fourth Amendment to justify the investigative stop.

After considering the trial court's suppression order, including the court's findings of fact, we conclude that the court failed to make an express finding of fact on a disputed material fact necessary for this Court's consideration of the State's appeal.  Accordingly, we remand this case for the trial court to make an express finding of fact as to whether, at the time of the investigative stop, the automobile occupied by the co-defendants displayed a "drive-out tag," as testified to by Officer Brayboy and Detective Mills (by stipulation) at the hearing on the motion. See *Hughes v. State*, No. S14G0622, ___ Ga. ___, 2015 WL 1135824 (March 16, 2015).

The State may re-file its appeal to this Court within 30 days after the trial court enters an order making the above-referenced finding of fact.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*____05/06/2015____
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____, *Clerk.*